SUE FAHAMI
Executive Assistant United States Attorney
District of Nevada
Nevada Bar No. 5634
ANDREW KEENAN
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV  89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

FILED

OCT 2 3 2025

U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

BY:_____ Deputy

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 3:25-cr-35-MMD-CSD |
| Plaintiff, | CRIMINAL INDICTMENT |
| v. | VIOLATION |
| SYLVESTER SCOTT, | 18 U.S.C. §§ 2252A(a)(2), (b)(1) – Distribution and Receipt of Child Pornography (Count 1) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
Distribution and Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2), (b)(1))

Beginning on or about a date unknown to the Grand Jury, and continuing up to and including on or about March 10, 2025, in the State and Federal District of Nevada,

SYLVESTER SCOTT,

defendant herein, knowingly distributed and received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, and that had been shipped and transported using a

means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

**DATED:** this _23_ day of October, 2025.

**A TRUE BILL:**

_____
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Executive Assistant United States Attorney

_____
ANDREW KEENAN
Assistant United States Attorney

AUSA BRADY
on behalf of
AUSA Keenan