RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for SYLVESTER SCOTT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SYLVESTER SCOTT,<br><br>  Defendant. | Case No. 3:25-cr-00035-MMD-CSD<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DETENTION HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for SYLVESTER SCOTT and Acting United States Attorney SIGAL CHATTAH, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Detention Hearing be continued to November 12, 2025, at 3:00 PM.

This Stipulation is entered into for the following reasons:

1. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

2. The defendant is detained and consents to the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 4th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Sean A. McClelland<br>   SEAN A. MCCLELLAND<br>   Assistant Federal Public Defender<br>   Counsel for SYLVESTER SCOTT | By /s/ Andrew Keenan<br>   ANDREW KEENAN<br>   Assistant United States Attorney<br>   Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Detention Hearing be continued to November 12, 2025, at 3:00 PM.

DATED this 4th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE